UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-10 |
| | ) | JUDGE CAMPBELL |
| TERRY BATES | ) | |

## ORDER

Pending before the Court is a Second Motion to Reset Revocation Hearing (Docket No. 870). The Motion is GRANTED.

The hearing on the Petition (Docket No. 850) alleging violations of Defendant's conditions of Supervised Release is CONTINUED to November 4, 2013, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE