UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-10 |
| | ) | JUDGE CAMPBELL |
| TERRY BATES | ) | |

## ORDER

Pending before the Court is the Government's Motion to Substitute Counsel for Revocation Hearing (Docket No. 876). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE