UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-10 |
| | ) | JUDGE CAMPBELL |
| TERRY BATES | ) | |

## JUDGMENT

Pending before the Court is a Petition (Docket No. 850) alleging violations of Defendant's conditions of Supervised Release. The Court held a hearing on January 29, 2014. For the reasons stated on the record, as agreed by the parties, the Court orders:

1. Defendant's conditions of Supervised Release are modified to include the following additional condition:

Defendant shall be placed on five (5) months Home Confinement. While on Home Confinement, Defendant shall be in his place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and such other times as may be specifically authorized by the Probation Office. Defendant shall be subject to electronic monitoring at the Defendant's expense, if the Defendant can afford to pay for it, in the discretion of the Probation Office.

2. All other conditions of Supervised Release remain unchanged.

3. The Petition (Docket No. 850) is dismissed by agreement of the parties.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE